LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA  30076-2102</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

October 23, 2009

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

## REQUEST FOR SERVICE OF NOTICES

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Lalanya M. Fair |
| | Case Number | : | 09-28687 |
| | Chapter | : | 13 |
| | Secured Creditor | : | Litton Loan Servicing |
| | Loan Number | : | XXXX0777 |

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

> Litton Loan Servicing
> c/o McCALLA RAYMER, LLC
> Bankruptcy Department
> 1544 Old Alabama Road
> Roswell, Georgia  30076

     Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

                                        Very Truly Yours,

                                        /s/ John Schlotter

                                        John Schlotter, Esquire
                                        c/o McCALLA RAYMER, LLC
                                        1544 Old Alabama Road,
                                        Roswell, GA 30076
                                        Phone : 678-281-6528
                                        Email : MJM@mccallaraymer.com
                                        Attorney Bar No : 629456

   cc: Rick Yarnall
       George Haines, Esq.

File Number FISLT-09-07564 / 0
Request for Service of Notice