

Entered on Docket
February 19, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

David Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Lalanya M. Fair

E-FILED: February 13, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-09-28687-LBR |
| --- | --- |
|  | ) Chapter 13 |
|  | ) |
| **Lalanya M. Fair**, | ) Hearing Date: February 04, 2010 |
|  | ) Hearing Time: 2:30 P.M. |
|  | ) |
| Debtor(s). | ) |

### ORDER ON MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF HSBC/MS (ACCT ENDING IN 5183) PURSUANT TO 11 U.S.C. §506(a) AND §1322 BY DEBTOR

THE ABOVE MATTER having been heard at the time and date above the Court Finds as follows:

1. The Debtor's property located at 3610 CANOE CAMP COURT, LAS VEGAS, NEVADA, 89129 (the "Subject Property") is valued at $121,402.00.

    2.    That on the filing date of the instant Chapter 13 petition, HSBC/MS (ACCT ENDING IN 5183)'s claim was wholly unsecured.

**IT IS THEREFORE ORDERED THAT** HSBC/MS (ACCT ENDING IN 5183)'s secured claim is "Stripped off" and shall be avoided pursuant to 11 U.S.C. Section 506(a) upon completion and/or discharge of the Debtor's Chapter 13;

**IT IS FURTHER ORDERED THAT** HSBC/MS (ACCT ENDING IN 5183)'s secured rights and/or lien-holder rights in the Subject Property shall be terminated upon completion of the Debtor's Chapter 13 and HSBC/MS (ACCT ENDING IN 5183)'s claim shall be treated as an "unsecured" claim in the Debtor's Chapter 13;

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is dismissed or converted to a Chapter 7 proceeding the instant Order shall be vacated.

DATED February 13, 2010

HAINES & KRIEGER, L.L.C.

By:    /s/David Krieger, Esq.
       David Krieger, Esq.
       Attorney for Debtor(s)

/./.  /

- 3 -

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

_x__ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###

- 3 -